Lisa Barnett Sween (State Bar No. 191155)
Stephanie Yang (State Bar No. 280006)
Amelia Sanchez-Moran (State Bar No. 281219)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mails: lisa.sween@jacksonlewis.com
stephanie.yang@jacksonlewis.com
amelia.sanchez-moran@jacksonlewis.com

Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO, A Corporation Sole


DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
1680 Shattuck Avenue
Berkeley, CA 94709
Telephone: (510) 649-1130
Facsimile: (510) 649-1131


Attorneys for Plaintiffs
MATTHEW GALLEGOS,
FRANK OROSS and WILLIAM WATTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GALLEGOS,<br><br>            Plaintiff,<br><br>     v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; and DOES 1 through 5,<br><br>            Defendants. | Case No. 3:16-CV-01588 LB<br><br>**STIPULATED REQUEST FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: March 31, 2016<br>Trial Date: August 21, 2017 |

| | |
|---|---|
| FRANK OROSS and WILLIAM WATTERS, | Case No. 3:16-CV-02489 LB |
| Plaintiffs, | Complaint Filed: May 9, 2016<br>Trial Date: August 21, 2017 |
| v. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; and DOES 1 through 5, | |
| Defendants. | |

Having completed their respective obligations under a written settlement agreement, Plaintiffs Matthew Gallegos, Frank Oross and William Watters ("Plaintiffs") and Defendant THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole, ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs of suit.

Respectfully Submitted,

JACKSON LEWIS P.C.

By: /s/ Lisa Barnett Sween
Lisa Barnett Sween
Stephanie T. Yang
Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole

KOCHAN & STEPHENSON

By: /s/ Deborah Kochan
Deborah Kochan
Mathew Stephenson
Attorneys for PLAINTIFFS

2

REQUEST FOR DISMISSAL AND ORDER　　　Case Nos. 3:16-CV-01588 LB
　　　　　　　　　　　　　　　　　　　　　　　　　and 3:16-CV-02489 LB

**ORDER**

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The court also orders that all deadlines, conferences, hearings and other events are hereby vacated.

IT IS SO ORDERED.

DATE  August 16, 2017

_____
Hon. Laurel Beeler
Magistrate Judge for the United States District Court
for the Northern District of California